AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:22-MJ-619 (ATB) |
| | ) | |
| | ) | |
| | ) | |
| DUANE HOLLENBECK | ) | |
| Defendant | ) | |

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

OCT 2 5 2022

AT_____ O'CLOCK

John M. Domurad, Clerk - Syracuse

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Duane Hollenbeck                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Short Barrel Rifle that Has Not Been Registered in the National Firearms Registration and Transfer
Record (NFRTR), in violation of Title 26, United States Code, Section 5861(d) & 5845(a)(3)

Date:      10/18/2022

*Issuing officer's signature*

City and state:      Syracuse, NY

Hon. Andrew T. Baxter, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   10/18/2022  , and the person was arrested on *(date)*   10/19/2022 at *(city and state)*     MORAVIA, NY     . |

Date:   10/19/2022

*Arresting officer's signature*

SPECIAL AGENT MICHAEL RENN, FBI
*Printed name and title*