IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    3:23-CR- 76 (BKS) |
| | ) |
| v. | ) **Information** |
| | ) |
| **DUANE HOLLENBECK,** | ) Violation:    26 U.S.C. §§ 5841, 5861(d) |
| | )                     and 5871 [Possession of an |
| | )                     Unregistered Firearm] |
| | ) |
| | ) |
| | ) 1 Count and Forfeiture Allegation |
| | ) |
| **Defendant(s).** | ) County of Offense:   Chenango |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Possession of Unregistered Firearm]

On or about June 20, 2022, in Chenango County in the Northern District of New York, the defendant,

### DUANE HOLLENBECK,

knowingly possessed a firearm, specifically: one unserialized AR-15 style rifle with an American Tactical (U.S. Patent No 9068786) upper receiver, an attached black tactical-style flashlight, a V-Life optical aiming device, and a tan-colored collapsible stock with a barrel length measuring less than 16 inches long, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### FORFEITURE ALLEGATION

Upon conviction of an offense in violation of Title 26, United States Code, Section 5861 as set forth in Count One, the defendant, DUANE HOLLENBECK, shall forfeit to the United

States of America, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including, but not limited to: one unserialized AR-15 style rifle with an American Tactical (U.S. Patent No 9068786) upper receiver, an attached black tactical-style flashlight, a V-Life optical aiming device, and a tan-colored collapsible stock with a barrel length measuring less than 16 inches long.

Dated: March 15, 2023

CARLA B. FREEDMAN
United States Attorney

By: *[signature]* 701266 for

Geoffrey J. L. Brown
Assistant United States Attorney
Bar Roll No. 513495