To Judge Baker,

I have known Danne HollenBeck for about 7 yrs. We worked together at Alnye Trucking and Then Ryder. He Has Always Been dependable and a relable worker and friend. His family has always came first and His Boys mean the world to him.

Allen Tracy

*Allen Tracy*

10-21-22